Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZILBERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT CORP. SOLUTIONS, INC.,<br><br>Defendant. | No. 2:17-cv-02617-JAK<br><br>STIPULATION REQUESTING CONSOLIDATION OF *ZILBERT* AND *PETERSON* CASES AND SELECTION OF PANEL MEDIATOR<br><br>[[Proposed] Order Lodged Concurrently Herewith]<br><br>**Hon. John A. Kronstadt**<br><br>Action Filed:   April 5, 2017 |

This Stipulation is entered into by (i) James Zilbert, the plaintiff in the instant case (the "*Zilbert* Case"), (ii) Erika Peterson, the plaintiff in a similar case entitled *Erika Peterson v. Credit Corp. Solutions, Inc.,* Case No. 2:17-cv-05643-JAK-SK (the "*Peterson* Case"), which is also pending before the Hon. John A. Kronstadt, and (iii) Credit Corp. Solutions, Inc. ("CCSI"), which is a defendant in both cases. Zilbert, Peterson, and CCSI enter into this Stipulation by and through their respective counsel, based on the following recitals, all of which pertain to events in 2017:

WHEREAS,

A. On April 5, 2017, Zilbert commenced the *Zilbert* Case in the Central District of California by filing a Complaint against CCSI that asserted Class claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et. seq. ("FDCPA") and Rosenthal Fair Debt Collection Practices Act, Cal. Civ. C. § 1788 et. seq. ("RFDCPA");

B. On April 24, 2017, Peterson commenced the *Peterson* Case in the Eastern District of California by filing a Complaint against CCSI that asserted Class claims under the FDCPA and RFDCPA;

C. *Peterson* was related to *Zilbert* and transferred to the Central District of California on or about June 30, 2017;

D. *Peterson* and *Zilbert were* transferred to the Honorable John A. Kronstadt on October 18, 2017 for all further proceedings [Dkt. 29];

E. Following a Motion for Judgment on the Pleadings that was granted with leave to amend, Zilbert has filed a second amended complaint [Dkt. 37] and Defendant has filed an Answer [Dkt. 39];

F. In the *Peterson* case, Defendant has also filed an Answer [Dkt. 7];

G. At the December 18, 2017 Rule 26(f) Conference, the Parties discussed with the Court about consolidating the *Zilbert* and *Peterson* cases because they are substantially related, and the Court ordered the Parties to further confer and file a stipulation by January 8, 2018 [Dkt. 38];

H.     Zilbert, Peterson, and CCSI agree that it would be more efficient for the Court and the parties if the *Zilbert* and *Peterson* Cases were consolidated, because both cases involve the same legal claims and standards, a common defendant, and substantially similar factual allegations;

I.     Pursuant to the proposed Consolidation, the parties also request that the Court adopt for consolidation purposes, the Scheduling order issued in the *Peterson matter,* Case No. 2:17-cv-05643-JAK-SK, Dkt. 30.

J.     With regard to proposed mediators, the parties select panel mediator Leonard L. Gumport, Esq.  The parties respectfully request that the Court adopt the mediation completion date of April 30, 2018, as set forth in the *Peterson* Scheduling Order, Dkt. 30.

K.     This Stipulation is made in good faith and not for purposes of delay;

NOW, THEREFORE, BASED ON THE FOREGOING RECITALS, ZILBERT, PETERSON, AND CCSI STIPULATE AND AGREE THAT:

1.     The *Zilbert* and *Peterson* Cases should be consolidated into one action, before the Hon. John A. Kronstadt;

2.     The Scheduling Order in *Peterson* (Dkt. 30 in Case No. 2:17-cv-05643-JAK-SK) should govern the Consolidated Cases;

3.     Leonard L. Gumport, Esq. shall be appointed as panel mediator for the consolidated matters.

Dated:     January 8, 2018           CARLSON & MESSER LLP

By: /s David J. Kaminski
David J. Kaminski
Attorneys for *Defendant Credit Corp. Solutions, Inc*.

1  Dated:      January 8, 2018          LAW OFFICES OF TODD M.
2                                        FRIEDMAN, P.C.
3
4                                        By: /s Todd M. Friedman
                                             Todd M. Friedman
5                                            Attorney for *Plaintiff James Zilbert*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1. Filed electronically on this 8th Day of January, 2018, with:
2. United States District Court CM/ECF system.
3. Notification sent electronically on this 8th Day of January, 2018, to:

Honorable John A. Kronstadt
United States District Court
Central District of California

And All Counsel of Record as Recorded On The Electronic Service List


/s/ Todd M. Friedman, Esq.
TODD M. FRIEDMAN