1
2
3
4
5
6
7

NOTE: CHANGES MADE BY THE COURT

8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19

JAMES ZILBERT, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CREDIT CORP. SOLUTIONS, INC.,

Defendant.

No. ==LA CV17-02617-JAK (SKx)==
LA CV17-05643-JAK (SKx)

ORDER RE STIPULATION REQUESTING CONSOLIDATION OF *ZILBERT* AND *PETERSON* CASES

==JS-6/Consolidated: Case No. LA CV17-05643 JAK (SKx) Only==

20
21

**IT IS HEREBY ORDERED,** good cause appearing, that:

22

1.      The Stipulation is GRANTED.

23
24
25
26

2.      The instant case (the "*Zilbert* Case") and the case entitled *Erika Peterson v. Credit Corp. Solutions, Inc.,* Case No. 2:17-cv-05643-JAK-SK (the "*Peterson* Case"), which is pending before this Court as well, shall be consolidated into one action before this Court. The Zilbert Case is deemed the Lead Case.

27
28

1  Counsel shall file all documents and pleadings in the Zilbert Case as of the date of

2  this order. All documents and pleadings shall bear the following caption:

3

4  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**

5  In Re: James Zilbert                          ) Lead Case No. LA CV17-02617 JAK (SKx)
                                                  )
6  _____

7

8      a.  When a document is intended to be applicable to both actions, the words "ALL CASES"
           shall appear immediately below In Re: James Zilbert in the above caption, and no other
9          individual case names or numbers shall be listed in the caption.

10 **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**

11 In Re: James Zilbert                          ) Lead Case No. LA CV17-02617 JAK (SKx)
                                                  )
12 ALL CASES                                     )

13 _____

14

15     b.  When a document is intended to be applicable to a single action, the caption shall also
           bear the name(s) and case number of the related/consolidated case to which the document
           applies.
16
   In Re: James Zilbert                          ) Lead Case No. LA CV17-02617 JAK (SKx)
17                                                )
                                                  )
18 _____
                                                  )
19 Plaintiff,                                     ) Consolidated Case No.: LA CVxx-xxxxx JAK (SKx)
                                                  )
20 v.                                             )
                                                  )
21 Defendant.                                     )
   _____

22

23     3.    The Court orders the Peterson Case Closed. Counsel shall refrain from

24 filing any documents or pleadings in the Peterson Case as of the date of this Order.

25 The Clerk shall add all parties in the Peterson Case to the docket of the Zilbert

26 Case.

27     4.    The Court adopts the following schedule, which were set in the

28 Peterson Case at Dkt. 30, for all purposes. Those dates are reproduced here:

| | |
|---|---|
| December 4, 2017: | Last day to amend or add parties |
| April 30, 2018: | Last day to participate in a settlement conference/mediation |
| May 4, 2018: | Last day to file notice of settlement / joint report re settlement |
| May 14, 2018 at 1:30 p.m.: | Post Mediation Status Conference |
| June 8, 2018: | Last day to file motion for class certification |
| July 5, 2018: | Last day to file response to motion for class certification |
| July 12, 2018: | Last day to file reply to motion for class certification |
| July 30, 2018 at 8:30 am: | Hearing on motion for class certification |
| August 17, 2018: | Non-Expert Discovery Cut-Off |
| August 31, 2018: | Initial Expert Disclosures |
| September 14, 2018: | Rebuttal Expert Disclosures |
| September 28, 2018: | Expert Discovery Cut-Off |
| September 28, 2018: | Last day to file All Motions *(including discovery motions)* |

5.     The Court refers the parties to the ADR Panel and appoints panel mediator Leonard L. Gumport, Esq. The last date for the parties to complete mediation is April 30, 2018. If a settlement is reached, counsel shall file a notice of settlement by May 4, 2018, which includes a date by which a dismissal will be filed. If a settlement is not reached, counsel shall file a joint report by May 4, 2018, regarding the status of settlement and whether discussions are ongoing or a further mediation session is anticipated and, if so, when. The report shall not include the substantive contents of any settlement discussions between the parties. The Court

///

///

1 | will determine whether the May 14 Post Mediation Status Conference is necessary

2 | upon review of the parties' joint report.

3 | **IT IS SO ORDERED.**

4

5 | Dated: January 22, 2018       _____

6

7 |            JOHN A. KRONSTADT
           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28