Todd M. Friedman (SBN 216752)
tfriedman@attorneysforconsumers.com
Adrian R. Bacon (SBN 280332)
abacon@attorneysforconsumers.com
LAW OFFICES OF TODD M. FRIEDMAN PC
21550 Oxnard Street, Suite 780
Woodland Hills, California 91367
(877) 206-4741 Telephone
(866) 633-0228 Facsimile

Attorneys for Plaintiffs
JAMES ZILBERT and ERIKA PETERSON

Charles R. Messer (SBN 101094)
messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
CARLSON & MESSER LLP
9841 Airport Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
CREDIT CORP. SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZILBERT, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>CREDIT CORP. SOLUTIONS, INC. and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. 2:17-cv-02617-JAK-SK<br><br>[Consolidated with *Erika Peterson v. Credit Corp Solutions, Inc.*, Case No. 2:17-cv-05643-JAK-SK]<br><br>**NOTICE OF SETTLEMENT** |

{00087714;1}                                                          1

PLEASE TAKE NOTICE that this entire action has been settled. A motion to approve the settlement is not anticipated. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal (with prejudice as to Plaintiffs' individual claims and without prejudice as to the class claims), within 45 days from the date of this notice.

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

DATED: April 5, 2018                LAW OFFICES OF TODD M. FRIEDMAN PC

By:     s/Adrian R. Bacon
        Todd M. Friedman
        Adrian R. Bacon
        Attorneys for Plaintiffs
        JAMES ZILBERT and ERIKA PETERSON

DATED: April 5, 2018                CARLSON & MESSER LLP

By:     s/David J. Kaminski
        Charles R. Messer
        David J. Kaminski
        Martin Schannong
        Attorneys for Defendant
        CREDIT CORP. SOLUTIONS, INC.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Plaintiffs' counsel, and that I have obtained Plaintiffs' counsel's authorization to affix his electronic signature to this document.

DATED:  April 5, 2018          CARLSON & MESSER LLP

                               By:    s/David J. Kaminski
                                      Charles R. Messer
                                      David J. Kaminski
                                      Martin Schannong
                                      Attorneys for Defendant
                                      CREDIT CORP. SOLUTIONS, INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2018, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

> abacon@toddflaw.com
> wadea@cmtlaw.com
> kaminskid@cmtlaw.com
> schannongm@cmtlaw.com
> mgeorge@toddflaw.com
> gabrielt@cmtlaw.com
> twheeler@toddflaw.com
> tfriedman@toddflaw.com

DATED: April 5, 2018        CARLSON & MESSER LLP

                            By:   s/David J. Kaminski
                                  Charles R. Messer
                                  David J. Kaminski
                                  Martin Schannong
                                  Attorneys for Defendant
                                  CREDIT CORP. SOLUTIONS, INC.