**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JAMES ZILBERT<br><br>ALL CASES | Lead Case No.<br><br>2:17-cv-02617-JAK-SK<br><br>**ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiffs, and without prejudice as to the Putative Classes alleged in the complaints, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this June 26, 2018

________________________________
Honorable Judge of the District Court